IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS MARTIN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-00336-MAB |
| | ) |
| **DARYLE TYSON AND WERNER ENTERPRISES, INC.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on May 21, 2021, which reflects the parties' settlement (Doc. 17), and the Stipulation of Dismissal filed on May 19, 2021 (Doc. 16), this cause of action is voluntarily DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

    DATED: May 21, 2021

                                                **MARGARET M. ROBERTIE,**
                                               **Clerk of Court**

                                               BY:  /s/ *Jennifer Jones*
                                                        **Deputy Clerk**


APPROVED:  /s/ Mark A. Beatty
                      **MARK A. BEATTY**
                      **United States Magistrate Judge**